Brian J. Mankin (SBN 216228)
*bjm@fernandezlauby.com*
Peter J. Carlson (SBN 295611)
*pjc@fernandezlauby.com*
FERNANDEZ & LAUBY LLP
4590 Allstate Drive
Riverside, CA 92501
Tel: (951) 320-1444/Fax: (951) 320-1445

Kirk D. Hanson (SBN 167920)
*kdh@khansonlaw.com*
Law Offices of Kirk D. Hanson
2790 Truxtun Rd., Ste. 140
San Diego, CA 92106
Tel: (619) 523-1992/Fax: (619) 523-9002

Attorneys for Plaintiff Elisa Aguirre and others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISA AGUIRRE, individually, on a representative basis, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No.: 16-CV-06836-SJO-JPR (Assigned to the Hon. S. James Otero)<br><br>**FRCP RULE 23 CLASS ACTION**<br><br>**COLLECTIVE CLASS ACTION PURSUANT TO 29 U.S.C. § 216(b)**<br><br>**PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>Hearing<br>Date:           February 5, 2018<br>Time:           10:00 a.m.<br>Courtroom:    10C<br><br>Complaint filed:    September 12, 2016 |

- 1 -

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on February 5, 2018, at 10:00 a.m., or as soon thereafter as the matter may be heard in the above-entitled Court located at 350 W. 1st Street, Courtroom 10C, 10th Floor, Los Angeles, California 90012, Plaintiff Elisa Aguirre will move, pursuant to FRCP Rule 23, for an order granting final approval of the class action settlement between Plaintiff and Defendant DIRECTV, LLC. This Motion, which is supported and unopposed by Defendant, seeks final approval of a $750,000 settlement on behalf of the class members, including allocations of: (1) attorneys' fees of $187,500 (25 percent of the gross settlement amount); (2) litigation costs of $13,561.42; (3) administrator costs of $12,000; (4) PAGA payment to the LWDA of $15,000; (5) FLSA Settlement Amount of $75,000; and (6) a service award to Plaintiff and class representative Elisa Aguirre in the amount of $5,000. A proposed order to this effect is filed concurrently herewith.

Specifically, Plaintiff requests that the Court grant final approval of the settlement, as preliminarily approved by the Court, and enter the proposed order and final judgment.

Good cause exists to grant this Motion because the settlement is fair and reasonable pursuant to the criteria established to evaluate such motions.

This Motion is based upon this Notice, the Memorandum of Points and Authorities, the declarations of Brian Mankin, Kirk Hanson, Plaintiff Elisa Aguirre, Defendant Representative Jeremy Siegel, and the Declaration from CPT Group, filed herewith, and the proposed Order submitted herewith, the pleadings and records on file with this Court and on such oral and documentary evidence as may be presented at the time of hearing.

Dated: January 5, 2018          FERNANDEZ & LAUBY LLP


                                BY:    /s/ Brian J. Mankin, Esq.
                                Brian J. Mankin, Esq.
                                Attorneys for Plaintiff and the similarly
                                situated employees